JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD L. CLARK, JR., | Case No. SACV 21-1565-MWF (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| STATE OF CALIFORNIA et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

This action is dismissed without prejudice.

DATED: April 1, 2022

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE